united states court For the western District of wisconsin

Bryan Kind
v
Rock co. wisconsin,
City of Janesville,
Janesville Police Department
Blake caswell
Homeowners Insurance
officer C. Ziegelbauer
officer J. wagner
officer Drew mussey

Complaint

FILED/REC'D
2026 NOV 16 P 11:01
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

(1) On 3/29/2026 I was violently assaulted at 1020 Ravine st Janesville WI 53548 by Blake Caswell who I was living with and Rented the apartment at that address.

(2) The Janesville police showed up after 911 was called. officers Ziegelbauer, Wagner, and mussey responded. After speaking to officer Ziegelbauer I stated I wanted to press charges.

(3) I was taken to the hospital by ambulance and diagnosed with multiple Facial Fractures including a broken nose, cheek, and orbital bone as well as nerve damage.

(4) Dispite the clear language in W.S.A 968.075 making it mandatory to arrest the predominate aggressor, officers Ziegelbauer, Wagner, and mussey made no arrest related to my assault.

(5) A couple weeks later I filed a FOIA request for the police report and officers Ziegelbauer, Wagner, and Mussey Conspired with Blake Caswell to Fabricate the police

complaint

report in order to let Blake off for what he did to me, I can prove this.

⑥ I am filing this suit in violation of the equal protection amendment as well as any other federal violations and State claims.

⑦ I am Including Rock county, The City of Janesville, and the Janesville police Department on claims that they have a long history of policies and practices as well as corruption which normalizes this type of behavior by City employees and elected officials.

⑧ I am suing the officers in their official and Individual capacities. Not only do I still Suffer from physical pain and nerve damage Such as headaches, numbness, blurry vision, and Dizzyness. I suffer great mental and emotional trauma from the fact of knowing the people who are supposed to help in these situations will lie in order to let my assaulter go free. I have lost the ability to trust police and others who are sworn to protect.

⑨ I believe it appropriate to ask for 10,000,000 in damages for this behavior.



Nov.10.2026 Plaintiff Bryan Kind 681148